470 A.2d 644

Huesken, Appellants, v. Gov. Employees, Ins. Co.

Reargument Denied Feb. 9, 1984.

Petition for Allowance of Appeal
Denied June 7, 1984.

Argued October 4, 1983. Sheldon Nerenberg, for appellants; Wayne A. Graver, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Appeal quashed.

WIEAND, J., filed a memorandum dissenting statement.